UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERNHILL CORP., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARC DEVEAUX,<br><br>　　　　Defendant. | Case No. 2:23-cv-01054-JCM-EJY<br><br>**ORDER** |

　　　　On July 7, 2023, Plaintiff Fernhill Corp. filed a Motion to Quash Subpoena. ECF No. 1. On July 10, 2023, a Certificate of Service was filed with the Court. ECF No. 3. To date, no response to the Motion to Quash has been filed. Substantially more than fourteen days has passed since the Certificate of Service was mailed. Under Local Rule 7-2(d), the Court may treat the failure to oppose a motion as the opposing party's agreement to grant the motion.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Quash Subpoena (ECF No. 1) is GRANTED.

　　　　IT IS FURTHER ORDERED that counsel for Fernhill Corp. must mail a copy of this Order to Defendant and file a certificate of compliance no later than **August 16, 2023**.

　　　　Dated this 9th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE